**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**


**UNITED STATES OF AMERICA**              **1:90cr1007-MMP**

           **v.**

**OSCAR GUILLERMO MEDINA**
                                                                /

## ORDER FOR DISMISSAL OF INDICTMENT

IT IS HEREBY ordered on the request of the United States Attorney, Northern

District of Florida, the Indictment against defendant, **Oscar Guillermo Medina**,  is hereby

dismissed.

**DONE AND ORDERED** this  _28th_ day of October, 2009


           *s/Maurice M. Paul*


Maurice M. Paul, Senior District Judge